IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL BOLICK, | : |
| Plaintiff, | : |
| v. | : |
| | : 5:15-cv-211 (CAR) |
| JOHN FAGAN, et al., | : |
| Defendants. | : |

## ORDER ON RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation to deny Plaintiff's "Motion for an Order to Permit Correspondence Between Institutions," [Doc. 8] which the Magistrate Judge construed as a Motion for a Preliminary Injunction. No timely objection to the Recommendation has been filed, and this Court, having considered the matter, agrees with the findings and conclusion of the United States Magistrate Judge. The Recommendation [Doc. 28] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Plaintiff's Motion [Doc. 8] is hereby **DENIED**.

**SO ORDERED,** this 16th day of March, 2016.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE